UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                            CASE NO.: 26-10424
                                                     CHAPTER 13

**John Marcus Franklin,**
    **Debtor.**

_____/

**REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Citigroup Mortgage Loan Trust 2020-RP2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                  Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                  Attorney for Secured Creditor
                                  130 Clinton Rd #202
                                  Fairfield, NJ 07004
                                  Telephone: 470-321-7112
                                  Facsimile: 404-393-1425

                                  By: /s/Robert Shearer
                                      Robert Shearer
                                      Email: rshearer@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on February 6, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JOHN MARCUS FRANKLIN
143 W LAUREL ST
PHILADELPHIA, PA 19123

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

KENNETH E. WEST
HAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST, SUITE 701
PHILADELPHIA, PA 19106

UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107

                                                By: /s/ Robert Shearer
                                                Robert Shearer
                                                Email: rshearer@raslg.com