**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE: John Marcus Franklin,**

             :  **Chapter 13**
             :
**Debtor.**       :  **Bky. No. 26-10424 (PMM)**

**O R D E R**

  **AND NOW,** upon consideration of the Debtor's Motion for an Additional Extension of Time (doc. no. 11, "the Motion"), it is hereby **ORDERED** that:

1. Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing the statements, schedules and other documents required by the rules of court is **EXTENDED** to **March 13, 2026.**

2. **NO FURTHER EXTENSIONS WILL BE GRANTED. If the required schedules, statements and other documents are not timely filed, this case may be DISMISSED without further notice or hearing.**

3. This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to object to a proof of claim on the ground that it was filed after the deadline set by Fed. R. Bankr. P. 3002(c), **PROVIDED** that the proof of claim is filed **on or before May 14, 2026.**

4. Within three (3) business days of the docketing and service of the notice of meeting of creditors, **DEBTORS' COUNSEL SHALL SERVE THIS ORDER** on all creditors and parties in interest and shall promptly thereafter file a certification of service.

*Patricia M. Mayer*

**Date: 3/4/26**

                    **Hon. Patricia M. Mayer**
                    **U.S. Bankruptcy Judge**