**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>John Marcus Franklin,<br>　　　　　　Debtor<br><br>Citigroup Mortgage Loan Trust 2020-Rp2<br>　　　　　　Movant<br>　　v.<br>John Marcus Franklin,<br>　　　　　　Debtor/Respondent<br><br>KENNETH E. WEST, Esquire<br>　　　　　　Trustee/Respondent | Bankruptcy No. 26-10424-pmm<br><br>Chapter 13<br><br>Related to Doc. No. 15 |

**CITIGROUP MORTGAGE LOAN TRUST 2020-RP2'S OBJECTION TO**
**CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

Secured creditor, Citigroup Mortgage Loan Trust 2020-Rp2 ("Citigroup") by and through its

undersigned counsel, hereby objects to the proposed Chapter 13 Plan of Debtor, John Marcus

Franklin, and in support thereof alleges as follows:

1. Debtor, John Marcus Franklin ("Debtor"), filed a voluntary petition pursuant to Chapter

    13 of the Bankruptcy Code on February 2, 2026.

2. Citigroup holds a security interest in the Debtor's real property located at 143 WEST

    Laurel St, Philadelphia, PA 19123 (the "Property"), by virtue of a Mortgage Recorded

    with the Public Records of Philadelphia County, PA on September 17, 2008.

3. Said Mortgage secures a Note in the amount of $417,000.00.

4. Upon review of internal records, it is anticipated that Citigroup's Proof of Claim will include a pre-petition arrearage of $261,563.23. A true and correct copy of the pre-petition arrearage is attached hereto as Exhibit "A."

5. On March 13, 2026, Debtor filed a Chapter 13 Plan (the "Plan"). A true and correct copy of the Plan is attached hereto as Exhibit "B."

6. The Plan fails to account for the full pre-petition arrearage of $261,563.23, as it only provides a total of $212,000.00 that will be paid to Secured Creditor through the Plan. See Exhibit "B."

7. Thus, the Plan is understated as it does not accurately reflect the amount of the pre-petition arrearage which will be paid through the Chapter 13 Trustee's Office.

8. Accordingly, pursuant to 11 U.S.C.A. § 1325(a)(5) Citigroup hereby objects to Debtor's proposed Plan due to the fact that the value of the property to be distributed thereunder will be less than the allowed amount under the claim. See 11 U.S.C.A. § 1325(a)(5)(B)(ii).

WHEREFORE, Movant, Citigroup Mortgage Loan Trust 2020-Rp2 ("Citigroup"), respectfully requests that this Court not confirm the Chapter 13 Plan of Debtor, John Marcus Franklin.

Date: 03/27/2026

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450

Alpharetta, GA 30004
Phone: (470) 321-7112 x52102
Fax: (404) 393-1425
By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>John Marcus Franklin,<br>     Debtor<br><br>Citigroup Mortgage Loan Trust 2020-Rp2<br>     Movant<br>  v.<br>John Marcus Franklin,<br>     Debtor/Respondent<br><br>KENNETH E. WEST, Esquire<br>     Trustee/Respondent | Bankruptcy No. 26-10424-pmm<br><br>Chapter 13<br><br>Related to Doc. No. 15 |

**<u>CERTIFICATE OF SERVICE</u>**

  **I HEREBY CERTIFY** that on  March 27, 2026, I electronically filed the foregoing with

the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via

CM/ECF or United States Mail to the following parties:

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

United States Trustee

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

John Marcus Franklin
143 W Laurel St
Philadelphia, PA 19123-2315

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Secured Creditor
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Phone: (470) 321-7112 x52102
Fax: (404) 393-1425
By: /s/ Robert Shearer
Robert Shearer, Esquire
Pennsylvania Bar Number 83745
Email: rshearer@raslg.com

Date: 03/27/2026