## Bankruptcy Proof of Claim: ██████████

| Borrower: | FRANKLIN,JOHN M | Address: | 143 WEST LAUREL ST | Prin Bal: | $532,554.72 | Investor Type: | Other |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | FRANKLIN,LORI B | City: | PHILADELPHIA | Add Prin Bal: | $106,617.22 (P) | Investor #: | ██████ |
| Due Date: | 10/01/2020 | State: | PA | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | ██████ |
| Last Pmt Appd On: | 03/04/2026 | Zip Code: | 19123 | Total Pmt Amt: | $3,472.73 | PLS Client ID: | |

## Pre-Petition Claim

### Pre-Petition Claim

| Petition Claim Date: | 02/04/2026 | Petition Acknowledge Date: | |
|---|---|---|---|
| Confirmation Hearing Date: | | Petition Claim Amount: | $261,563.23 |
| Petition Confirmed Amount: | $261,563.23 | Preliminary: | Yes |
| Principal Balance: | $639,171.94 | Pre-Petition Claim Required: | Yes |
| Revised Claim Date: | | | |

### Payment Schedule For Pre-Petition

Row Count = 6

| Sequence Number | From Date | To Date | Payment Amount | Payments Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| 1 | 10/01/2020 | 11/01/2021 | $3,472.73 | $48,618.22 | 14 | $119.08 | $1,667.12 |
| 2 | 12/01/2021 | 11/01/2022 | $3,718.00 | $44,616.00 | 12 | $119.08 | $1,428.96 |
| 3 | 12/01/2022 | 12/01/2023 | $3,697.87 | $48,072.31 | 13 | $119.08 | $1,548.04 |
| 4 | 01/01/2024 | 12/01/2024 | $4,809.87 | $57,718.44 | 12 | $119.08 | $1,428.96 |
| 5 | 01/01/2025 | 02/01/2025 | $3,873.57 | $7,747.14 | 2 | $119.08 | $238.16 |
| 6 | 03/01/2025 | 02/01/2026 | $3,920.91 | $47,050.92 | 12 | $119.08 | $1,428.96 |
| Pymt and Lt Chg Totals: | 10/01/2020 | 02/01/2026 | | $253,823.03 | 65 | | $7,740.20 |

| Total Late Charges Paid to Date: | $0.00 | | |
|---|---|---|---|

### Fees For Pre-Petition

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 1

### Post-Petition Claim 1

No Data Available

### Payment Schedule For Post-Petition 1

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |

No Data Available

### Fees For Post-Petition 1

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 2

### Post-Petition Claim 2

No Data Available

### Payment Schedule For Post-Petition 2

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |

No Data Available

### Fees For Post-Petition 2

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |