## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| John Marcus Franklin,<br><br>*Debtor.* | Case No. 26-10424-PMM<br>Chapter 13 |

### Motion to Dismiss Chapter 13 Case

Debtor John Marcus Franklin, through his attorney, moves the Court to dismiss this case in the form of order attached.

Date: July 16, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: */s/ Michael A. Cibik*
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Certificate of Service

I certify that on this date, I did cause a copy of this document and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: July 16, 2026

By: */s/ Michael A. Cibik*
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com