United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10424-pmm |
| John Marcus Franklin | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 27, 2026 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | John Marcus Franklin, 143 W Laurel St, Philadelphia, PA 19123-2315 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 28 2026 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2026 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 28 2026 00:42:00 | Citigroup Mortgage Loan Trust 2020-RP2, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 15100160 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 28 2026 00:48:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15101966 | + | Email/Text: RASEBN@raslg.com | Jul 28 2026 00:42:00 | Citigroup Mortgage Loan Trust 2020-RP2, Robertson, Anschutz, Schneid,Crane & Par, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 15124648 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 28 2026 00:42:00 | Citigroup Mortgage Loan Trust 2020-RP2, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15100161 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 28 2026 00:48:07 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15111686 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 28 2026 00:42:00 | Educational Credit Management Corporation, P.O. Box 16478, St. Paul, MN 55116-0478 |
| 15111403 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 28 2026 00:42:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 15100162 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2026 00:42:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15116951 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 28 2026 00:42:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15116497 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 28 2026 00:48:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15100163 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 28 2026 00:48:00 | Merrick Bank, c/o Resurgent Capital Services, P.O. Box 10368, Greenville, SC 29603-0368 |
| 15100164 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2026 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: Jul 27, 2026 | Form ID: pdf900 | Total Noticed: 18

| 15100165 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
|---|---|---|---|---|
| | | | Jul 28 2026 00:42:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 15100166 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 28 2026 00:48:13 | Synchrony Bank/PayPal Credit, Attn: Bankruptcy, P.O. Box 965064, Orlando, FL 32896-5064 |
| 15100167 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jul 28 2026 00:48:14 | Synchrony Bank/Venmo, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor John Marcus Franklin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Citigroup Mortgage Loan Trust 2020-RP2 mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Citigroup Mortgage Loan Trust 2020-RP2 rshearer@raslg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

United States Bankruptcy Court
Eastern District of Pennsylvania

In re:

John Marcus Franklin,

Debtor.

Case No. 26-10424-PMM

Chapter 13

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Debtor John Marcus Franklin, and after notice and hearing, it is hereby **ORDERED** that:

1.  This chapter 13 bankruptcy case is **DISMISSED**.

2.  Any wage orders previously entered are **VACATED**.

3.  Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4.  All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **fourteen (14) days** of the entry of this Order.

5.  **Promptly after the expiration of the time period set forth in Paragraph 4 above, Counsel for the Debtor(s) shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6.  If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated:   **July 27, 2026**

Patricia M. Mayer
**Patricia M. Mayer**
**U.S. BANKRUPTCY JUDGE**