**John Marcus Franklin   Chapter 13   26-10424-PMM   $400 per attorney hour   $200 per paralegal hour**

| Date | Staff | Work Performed | Hours | Total |
|---|---|---|---|---|
| 1/19/2026 | Attorney | Initial consultation with Debtor | 0.5 | $200 |
| 1/19/2026 | Attorney | Analysis of the financial situation | 1 | $400 |
| 1/19/2026 | Attorney | Wrote memo to Debtor regarding next steps | 0.4 | $160 |
| Various | Paralegal | Worked with Debtor to obtain documents | 1 | $200 |
| 2/2/2026 | Attorney | Drafted petition and matrix | 0.7 | $280 |
| 2/2/2026 | Paralegal | Filed petition, matrix, statement, and credit counseling cert. | 0.2 | $40 |
| 2/17/2026 | Paralegal | Drafted and filed motion to extend time | 0.2 | $40 |
| 3/3/2026 | Paralegal | Drafted and filed motion to extend time | 0.2 | $40 |
| 3/13/2026 | Attorney | Drafted schedules, statements, and related documents | 1.5 | $600 |
| 3/13/2026 | Attorney | Drafted Chapter 13 plan | 1.1 | $440 |
| 3/13/2026 | Attorney | Drafted employee income records | 0.1 | $40 |
| 3/13/2026 | Paralegal | Filed schedules, statements, related documents, Chapter 13 plan, and employee income records | 0.2 | $40 |
| 3/27/2026 | Attorney | Reviewed creditor's objection to confirmation | 0.2 | $80 |
| 5/5/2026 | Attorney | Reviewed proofs of claims | 0.3 | $120 |
| 5/5/2026 | Attorney | Drafted first amended Chapter 13 plan | 0.8 | $320 |
| 5/5/2026 | Paralegal | Filed/served first amended Chapter 13 plan | 0.3 | $60 |
| 5/14/2026 | Attorney | Prepared for meeting of creditors | 0.5 | $200 |
| 5/15/2026 | Attorney | Represented Debtor at meeting of creditors | 0.3 | $120 |
| 6/9/2026 | Attorney | Represented Debtor at confirmation hearing | 0.2 | $80 |
| 7/16/2026 | Attorney | Drafted motion to dismiss | 0.1 | $40 |
| 7/16/2026 | Paralegal | Filed motion to dismiss | 0.1 | $15 |
| 8/10/2026 | Attorney | Drafted application for compensation | 0.5 | $200 |
| 8/10/2026 | Paralegal | Filed application for compensation | 0.2 | $40 |

Total Attorney Hours: 8.2     Total Attorney Billing: $3,280
Total Paralegal Hours: 2.4     Total Paralegal Billing: $480
Total Hourly Billing: $3,760   Amount Already Paid by Debtor: $3,000
Total Fees Outstanding: $760