**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| John Marcus Franklin,<br><br>                             *Debtor.* | Case No. 26-10424-PMM<br>Chapter 13 |

**Certificate of Service**

I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties in the manner indicated:

Kenneth E. West (CM/ECF)

U.S. Trustee (CM/ECF)

John Marcus Franklin (First Class Mail)
143 W Laurel St
Philadelphia, PA 19123-2315

Date: August 10, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com